UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2011 NOV 22 PM 1:08
SIGN_____
BY DEPUTY CLERK

Kenneth-Ray: Bradford
name of plaintiff(s)

versus

CIVIL ACTION

NO. 11-750-JJB-CN )

Louisiana Department of Public Safety and Correction et al.
name of defendant(s) Warden Tanner
Rayburn C.I. North
27268 Hwy 21 North
Angie LA. 70426

**COMPLAINT**

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Diversity Jurisdiction; Petitioner is a Sovereign who Request Jurisdiction of Federal Court U.S. Constitution. Federal Court has Original and Exclusive.

2. Plaintiff, Kenneth-Ray: Bradford resides at

   W and I R.C.C
   27268 Hwy 21 North , Angie ,
   street address                    city

   Washington , LA. , 70426 (985) 661-6300
   parish          state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Louisiana Department of corrections lives at, or its business is located at 504 Mayflower St. ,
   street address

   Baton Rouge , E.B.R , LA ,
   city            parish      state

   70802 , (225)342-6740 .
   zip code  telephone number

**(if more than one defendant, provide the same information for each defendant below)**

> Warden Tanner
> Rayburn Correction Center
> 27268 Hwy 21 North
> Angie, LA. 70426

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

> State Court is without Jurisdiction because Kenneth R. Bradford is an avowed member of the Republic of Louisiana Pursuant to Article 1, Section 26 of the Louisiana Constitution (See Attachment)

5. Prayers for Relief (list what you want the Court to do):

a. > Exercise Jurisdiction of sovereign person Release from Custody me Kenneth-Ray Bradford

b. > Release of Property Pursuant to Statute of use which is use to detain me.

c. > All Just and equitable Relief

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

**Signed this** 22 **day of** November , 20 11

*Kenneth Ray; Bradford By POA*

_____

**(signature of plaintiff (s))**

Also attached is a notice of Surety Act And Bond And Declaration And Certification of Sovereign Status, filed 6/29/07 in the Commercial chambers in the Secretary of the State of Louisiana (file #36-904451 original filing.

This Court has Jurisdiction over this matter by virtue of 18 USC et. Seq Federal Criminal Law.